# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>   Mohammad H Ardehali<br>   Maliheh M Ardehali<br>        Debtor(s) | Case No. 17-07703 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/13/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 04/21/2017.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 3.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ASSOCIATED BANK | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED BANK | Secured | 10,062.00 | NA | NA | 0.00 | 0.00 |
| CALIBER HOME LOANS INC | Secured | 69,740.00 | NA | NA | 0.00 | 0.00 |
| CALIBER HOME LOANS INC | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE COUNTY COLLECTOR | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST BANK | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST BANK | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST BANK | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF OMAHA | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF OMAHA | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF OMAHA | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF OMAHA | Secured | 15,330.00 | NA | NA | 0.00 | 0.00 |
| FRANKLIN COUNTY TREASURER | Unsecured | 88,582.00 | NA | NA | 0.00 | 0.00 |
| KENDALL COUNTY COLLECTOR | Unsecured | 2,869.00 | NA | NA | 0.00 | 0.00 |
| LANDO RESORTS | Unsecured | 15,728.28 | NA | NA | 0.00 | 0.00 |
| LANDO RESORTS | Unsecured | 7,500.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 119,204.00 | NA | NA | 0.00 | 0.00 |
| AMEREN ILLINOIS | Unsecured | 985.17 | NA | NA | 0.00 | 0.00 |
| AMEREN ILLINOIS | Unsecured | 1,623.59 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 3,059.17 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS BLUE | Unsecured | 19,729.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION BA | Unsecured | 5,166.08 | NA | NA | 0.00 | 0.00 |
| ASPEN ANESTHESIA PC | Unsecured | 179.17 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED BANK PREMIER LINE | Unsecured | 28,259.00 | NA | NA | 0.00 | 0.00 |
| AT&T UNINVERSAL CITI | Unsecured | 2,025.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 51,754.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| BENTON WATER AND SEWER DEPT | Unsecured | 689.55 | NA | NA | 0.00 | 0.00 |
| BERTHA FREDICKSON | Unsecured | 3,360.00 | NA | NA | 0.00 | 0.00 |
| BRIAN COLLINS HEATING AND AIR | Unsecured | 14,400.00 | NA | NA | 0.00 | 0.00 |
| CASTLE BANK | Unsecured | 689.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 36,500.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 11,407.00 | NA | NA | 0.00 | 0.00 |
| CHASE SLATE | Unsecured | 873.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 1,814.98 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 3,855.57 | NA | NA | 0.00 | 0.00 |
| CITY OF WEST FRANKFORT | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WEST SESSER | Unsecured | 845.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 672.73 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 201.99 | NA | NA | 0.00 | 0.00 |
| DAVE ANDREWS/ANDREWS CONSTR | Unsecured | 9,622.00 | NA | NA | 0.00 | 0.00 |
| DELTA MANAGEMENT ASSOC | Unsecured | 9,554.00 | NA | NA | 0.00 | 0.00 |
| DIANA ARDEHALI | Unsecured | 37,000.00 | NA | NA | 0.00 | 0.00 |
| DREYER MEDICAL CLINIC | Unsecured | 392.93 | NA | NA | 0.00 | 0.00 |
| ELITE DENTAL SPECIALISTS | Unsecured | 428.00 | NA | NA | 0.00 | 0.00 |
| EQUITY TRUST CO | Unsecured | 854.31 | NA | NA | 0.00 | 0.00 |
| ERIE INSURANCE EXCHANGE | Unsecured | 1,847.75 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES REGIONS | Unsecured | 8,957.00 | NA | NA | 0.00 | 0.00 |
| FIRST BANK LOAN SERVICING | Unsecured | 94,105.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY CARDIOVASCLAR CON | Unsecured | 57.08 | NA | NA | 0.00 | 0.00 |
| HEARTLAND REG MED CTR | Unsecured | 51.26 | NA | NA | 0.00 | 0.00 |
| ILLINOIS AMERICAN WATER | Unsecured | 1,080.55 | NA | NA | 0.00 | 0.00 |
| LINDA ARDEHALI | Unsecured | 73,664.00 | NA | NA | 0.00 | 0.00 |
| LOWES/SYNCHRONY BANK | Unsecured | 5,978.00 | NA | NA | 0.00 | 0.00 |
| MBNA AMERICA NA | Unsecured | 16,354.00 | NA | NA | 0.00 | 0.00 |
| MCVICKER EXCAVATING INC | Unsecured | 1,985.00 | NA | NA | 0.00 | 0.00 |
| MURPHY AND ASSOC LTD | Unsecured | 3,150.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RADIOLOGY GROUP | Unsecured | 3.54 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 6,613.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK VISA | Unsecured | 6,669.97 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 96.32 | NA | NA | 0.00 | 0.00 |
| ROOSTER MAN | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CTR | Unsecured | 84.84 | NA | NA | 0.00 | 0.00 |
| THOMAS TRENCHING & BACKHOE S | Unsecured | 1,771.38 | NA | NA | 0.00 | 0.00 |
| TROPIC SUN TOWERS | Unsecured | 866.42 | NA | NA | 0.00 | 0.00 |
| VACATION VILLAGE AT PARKWAY | Unsecured | 1,684.00 | NA | NA | 0.00 | 0.00 |
| STADIUM VIEW CONDO ASSOC | Unsecured | 4,474.83 | NA | NA | 0.00 | 0.00 |
| STATE BANK OF WHITTINGTON SBW | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| STATE BANK OF WHITTINGTON SBW | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Secured | 2,400.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Secured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| TREVOR PAULING ASSOC | Unsecured | 5,400.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/22/2017     By: /s/ Glenn Stearns
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**